Parker v. Raphael.

---

### Daniel W. Parker v. Adolph Raphael, a minor, etc.

1. JURISDICTION—*By an Appeal.*—Where a justice of the peace has jurisdiction over the subject-matter of a suit, an appeal to the Circuit Court will give jurisdiction over the person of the appellant.

**Transcript from a Justice of the Peace.**—Appeal from the Circuit Court of Cook County; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in this court at the March term, 1896. Affirmed. Opinion filed May 14, 1896.

ADELOR J. PETIT, attorney for appellant.

WALKER, BEACH & DAVIS, attorneys for appellee.

MR. PRESIDING JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

We can more briefly dispose of this case by admitting the premises of the appellant, that the justice of the peace who rendered judgment against him, and from which judgment he appealed to the Circuit Court, never obtained jurisdiction over the person of the appellant on a change of venue from another justice of the peace. Yet the justice had jurisdiction of the subject-matter, and the appeal gave the Circuit Court jurisdiction of the person of the appellant as well as of that subject-matter.

Only for lack of jurisdiction by that justice over the sub-ject-matter—not the person of the defendant—is the suit to be dismissed on his appeal from the judgment of the justice. Swingle v. Haynes, 22 Ill. 241; McCregor v. Village of Lovington, 48 Ill. App. 202.

This is the only question in the case, and the judgment, rendered after refusing to dismiss the case, is affirmed.